# EXHIBIT B

Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Sahag Majarian II, Esq. (State Bar No. 146621)
sahagii@aol.com
**Law Offices of Sahag Majarian II**
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for PLAINTIFF
ERNEST CUADRA on behalf of himself and others similarly situated.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST CUADRA on behalf of himself and others similarly situated.<br><br>PLAINTIFF,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., et al.,<br><br>DEFENDANTS. | Case No.: 2:20-cv-10719-JFW (SKx)<br><br>**PLAINTIFF ERNEST CUADRA'S INTERROGATORIES SET ONE** |

**PROPOUNDING PARTY:**     PLAINTIFF ERNEST CUADRA

**RESPONDING PARTY:**      DEFENDANT FEDEX GROUND PACKAGE SYSTEM, INC.

**SET NO.:**                              ONE

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff ERNEST CUADRA ("PLAINTIFF") requests that Defendant FEDEX GROUND PACKAGE

---
PLAINTIFF'S INTERROGATORIES SET ONE
1

K.   LIABILITY PERIOD means March 6, 2019, to the date that Defendant verifies its Response.

L.   WAGES means and/or refers to "wages" as defined in Labor Code § 200, and includes, but is not limited to, regular pay, incentive pay, non-discretionary bonuses, accrued vacation pay and commissions.

M.   CLASS MEMBERS refers to all Defendant FEDEX GROUND PACKAGE SYSTEM, INC.'S current or former non-exempt, hourly warehouse employees who worked at any time from March 6, 2019 to the present in California and were subject to FEDEX GROUND PACKAGE SYSTEM, INC.'s mandatory security screening prior to entering or leaving FEDEX GROUND PACKAGE SYSTEM, INC.'s warehouse facilities.

## II.   INTERROGATORIES

**INTERROGATORY NO. 1**:

Identify all CLASS MEMBERS during the LIABILITY PERIOD by stating each individual's name, home address, personal home and cellular phone number, and whether they are a current or former employee.

**INTERROGATORY NO. 2**:

Please state the total number of CLASS MEMBERS who are current employees.

**INTERROGATORY NO. 3**:

Please state the total number of CLASS MEMBERS employed by DEFENDANT during the LIABILITY PERIOD who no longer work for DEFENDANT.

**INTERROGATORY NO. 4**:

Describe the mandatory security screening procedures used at any time for CLASS MEMBERS during the LIABILITY PERIOD at DEFENDANT'S warehouse locations in California by:

(a) stating the address of each California warehouse location which used mandatory security screening procedures for CLASS MEMBERS during the