Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
**LAVI & EBRAHIMIAN, LLP**
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Attorneys for PLAINTIFF
ERNEST CUADRA on behalf of himself and others similarly situated.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST CUADRA on behalf of himself and others similarly situated. <br><br> PLAINTIFF, <br><br> vs. <br><br> FEDEX GROUND PACKAGE SYSTEM, INC., et al., <br><br> DEFENDANTS. | Case No.: 2:20-cv-10719-JFW (SKx) <br><br> **PLAINTIFF'S NOTICE OF LODGING OF PROPOSED STATEMENT OF DECISION** <br><br> Date: August 16, 2021 <br> Time: 1:30 p.m. <br> Courtroom: 7A <br><br> Judge: Hon. John F. Walter |

Plaintiff Ernest Cuadra hereby lodges as Exhibit 1 a Proposed Statement of Decision granting Plaintiff's Motion for Class Certification.

Dated: August 4, 2021        By:  /s/ Jordan D. Bello
                                  Joseph Lavi, Esq.
                                  Jordan D. Bello, Esq.
                                  Attorneys for PLAINTIFF
                                  ERNEST CUADRA and Other Class Members