Joseph Lavi, Esq. (State Bar No. 209776)
jlavi@lelawfirm.com
Jordan D. Bello, Esq. (State Bar No. 243190)
jbello@lelawfirm.com
LAVI & EBRAHIMIAN, LLP
8889 W. Olympic Blvd., Suite 200
Beverly Hills, California 90211
Telephone: (310) 432-0000
Facsimile: (310) 432-0001

Sahag Majarian II, Esq. (State Bar No. 146621)
sahagii@aol.com
Law Offices of Sahag Majarian II
18250 Ventura Boulevard
Tarzana, California 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892

Attorneys for Plaintiff
ERNEST CUADRA

*Counsel information continues on next page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST CUADRA on behalf of himself and others similarly situated. | Case No.: 2:20-cv-10719-JFW (SKx) |
|   PLAINTIFF, | **JOINT STATEMENT REGARDING 7-3 CONFERENCE ON DEFENDANT'S PROSPECTIVE MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|  vs. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., et al., | |
|   DEFENDANTS. | Complaint Filed: December 3, 2019<br>Trial Date: December 14, 2021<br>District Judge: Hon. John F. Walter<br>  Courtroom 7A, First St.<br>Magistrate Judge: Hon. Steve Kim<br>  Courtroom 540, Roybal |

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
alexander.chemers@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213-239-9800
Facsimile:   213-239-9045

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

Pursuant to Federal Rule of Civil Procedure 7; Central District Local Rules 7-3; and Judge Walter's Amended Standing Order (ECF No. 65), plaintiff Ernest Cuadra ("Plaintiff") and defendant FedEx Ground Package System, Inc. ("Defendant") (collectively "the Parties"), by and through their counsel of record, hereby submit the following joint statement regarding their 7-3 Conference on Defendant's prospective motion for partial summary judgment.

On September 17, 2021 at 4:52 p.m., Defendant's counsel sent Plaintiff's counsel email correspondence to initiate discussions concerning Defendant's prospective motion for partial summary judgment.  The correspondence asked Plaintiff's lead counsel, Joseph Lavi, for time to confer the following Monday, September 20, 2021.  Mr. Lavi responded that he was unavailable due to mediation that day.

On September 20, 2021, Defendant's counsel sent Plaintiff's counsel a detailed email setting forth the scope and proffered grounds for the anticipated motion, including legal and factual citations.  Later that same day, Defendant's counsel, Alexander M. Chemers, called Plaintiff's counsel's office.  Because Mr. Lavi was unavailable, Mr. Chemers spoke to his colleague Jordan Bello.  Over the course of an approximately 15-minute conversation, Mr. Chemers articulated to Mr. Bello the same grounds for the prospective motion that were contained in counsel's email.

On September 21, 2021, counsel for the parties engaged in further meet-and-confer efforts through video conference using the Zoom application.  A video conference was necessary due to continuing health concerns related to the COVID-19 pandemic, including the health sensitivity of at least one attorney.  The attendees at the video conference included lead trial counsel for Defendant, Evan R. Moses, co-counsel Mr. Chemers, and lead trial counsel for Plaintiff, Joseph Lavi.  The meeting lasted approximately 15 minutes and the parties again set forth their respective positions related to the prospective motion.

**As the above record shows, the parties extensively met and conferred by video conference, by telephone, and by email, and they were represented in these discussions by lead trial counsel and their respective co-counsel.**

Despite these meet-and-confer efforts, the Parties were not able to resolve the issue raised by the prospective motion.  Specifically, Defendant anticipates moving for partial summary judgment as to Plaintiff's fourth cause of action for the alleged failure to provide accurate wage statements in accordance with Section 226 of the California Labor Code.  Defendant contends that this claim is non-actionable because it is pursued on a "derivative" basis.  Defendant has explained its position that such a theory fails as a matter of law under *Maldonado v. Epsilon Plastics, Inc*., 22 Cal. App. 5th 1308 (2018), as well as other legal authorities.

In response, Plaintiff's counsel responded that *Maldonado* and other cases do not bar this type of claim.  Specifically, Plaintiff contends that *Maldonado* is distinguishable and that Defendant's alleged failure to accurately list the hours worked on Plaintiff's wage statements constitutes a violation of California law.

Because of the Parties' continuing dispute, they were not able to resolve this claim despite their good-faith efforts to meet and confer on the relevant issues.  As such, Defendant anticipates moving forward with its motion for partial summary judgment.

Dated: September 23, 2021                 **LAVI & EBRAHIMIAN, LLP**


                                          By: /s/Jordan D. Bello
                                              Joseph Lavi, Esq.
                                              Jordan D. Bello, Esq.

                                          Attorneys for PLAINTIFF
                                          ERNEST CUADRA

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

Dated: September 23, 2021       **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**


By: /s/ Alexander M. Chemers
       Evan R. Moses, Esq.
       Alexander M. Chemers, Esq.
       Melis Atalay, Esq.

       Attorneys for DEFENDANT
       FEDEX GROUND PACKAGE
       SYSTEM, INC.


     Pursuant to Local Rule 5-4.3.4 (a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.


Dated: September 23, 2021       **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**


By: /s/ Alexander M. Chemers
       Evan R. Moses, Esq.
       Alexander M. Chemers, Esq.
       Melis Atalay, Esq.

       Attorneys for DEFENDANT
       FEDEX GROUND PACKAGE
       SYSTEM, INC.

48679069.1